IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| W.B., a minor, by and through his parents and next friends, ZACH and AUDREY BAKER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CROSSROADS ACADEMY-CENTRAL STREET, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 19-00682-CV-W-HFS ) ) ) ) ) ) |

**ORDER**

Defendants, Crossroads Academy-Central Street, Karis Parker, and Eva Copeland ("the Crossroads defendants") have filed an unopposed motion for an extension of time to file a response to plaintiffs' pending motions for preliminary and permanent injunction.

The motion (Doc. 17) is GRANTED, and the Crossroads defendants are directed to file their response by September 23, 2019.

SO ORDERED.

*/s/ Howard F. Sachs*

**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

Dated: September 12, 2019
Kansas City, Missouri