IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| W.B., a minor, by and through his parents and next friends, ZACH and AUDREY BAKER, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 19-00682-CV-W-HFS |
| CROSSROADS ACADEMY-CENTRAL STREET, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

Defendants, Eric Schmitt, in his official capacity as Missouri Attorney General, and Dr. Randall W. Williams, in his official capacity as Director for the Missouri Department of Health & Senior Services (the State defendants), have filed an unopposed motion for an extension of time to file a response to plaintiffs' pending motions for preliminary and permanent injunction.

The motion (Doc. 16) is GRANTED, and the State defendants are directed to file their response by September 20, 2019.

SO ORDERED.

/s/ Howard F. Sachs

**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

Dated: September 12, 2019
Kansas City, Missouri